26, 1898.) Action by Catherine Vandebogart against the city of Buffalo. No opinion. Judgment and order affirmed, with costs.

WALTHEAR, Respondent, v. PENNSYLVANIA FIRE INS. CO., Appellant. (Supreme Court, Appellate Division, First Department. April 7, 1898.) Action by Waldemar A. Walthear against the Pennsylvania Fire Insurance Company. M. H. Cardozo, for appellant. H. Thompson, for respondent. No opinion. Judgment affirmed, with costs, on the authority of Tisdell v. Insurance Co., 155 N. Y. 163, 49 N. E. 664.

WANAMAKER, Respondent, v. ROSSE, Appellant. (Supreme Court, Appellate Division, First Department. March 25, 1898.) Action by John Wanamaker against Florence J. Rosse. No opinion. Order affirmed, with $10 costs and disbursements.

WEISZ, Appellant, v. WHITELOCK, Respondent. (Supreme Court, Appellate Division, Second Department. March 29, 1898.) Action by Sarah A. Weisz against John J. Whitelock. No opinion. Interlocutory judgment affirmed, with costs to defendant to abide the event, and with leave to plaintiff to serve an amended complaint within 20 days.

WHEELER, Appellant, v. SWEET et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. March 26, 1898.) Action by Albert J. Wheeler, as survivor of himself and Joel Wheeler, deceased, against Charles A. Sweet and others, as executrix and executor, etc. No opinion. Judgment and order affirmed, with costs.

WHIPPLE, Respondent, v. BAGG, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 26, 1898.) Action by Amelia M. Whipple against Grove W. Bagg. No opinion. Judgment affirmed, with costs.

In re WHITE'S ESTATE. (Supreme Court, Appellate Division, Second Department. April 19, 1898.) In the matter of the estate of Eliza T. White, deceased. No opinion. Motion to vacate order dismissing two appeals denied, with $10 costs in one case.

ZWISSER, Appellant, v. HERRMAN et al., Respondents. (City Court of New York, General Term. May 27, 1898.) Action by August Zwisser, Jr., as executor, etc., against John G. Herrman and another. F. O. Power, for appellant. Benno Loewy, for respondents.

PER CURIAM. The order appealed from is affirmed, with costs.

✻

END OF CASES IN VOL. 51.